IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MUSEUM OF AMERICAN JEWISH HISTORY D/B/A NATIONAL MUSEUM OF AMERICAN JEWISH HISTORY,<br>　　　　Debtor.<br><br>MUSEUM OF AMERICAN JEWISH HISTORY,<br>　　　　Appellant,<br><br>　　v.<br><br>UMB BANK, N.A., DIME COMMUNITY BANK,<br>　　　　Appellees. | CIVIL ACTION<br><br>NO.  20-6341 |

## O R D E R

**AND NOW**, this 6th day of April, 2021, upon consideration of Appellant Museum of American Jewish History's brief (ECF 18), Appellees UMB Bank, N.A. and Dime Community Bank's brief (ECF 23), and Appellant's brief in reply thereto (ECF 25), **IT IS HEREBY ORDERED** that the decision and order of the Bankruptcy Court are **AFFIRMED**.

The Clerk of Court is hereby directed to **CLOSE** this case for statistical purposes.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**